NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS ZADRAVEC,                      )
                                        )
            Appellant,                  )
                                        )
v.                                      )      Case No.  2D16-3954
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed March 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Rachael E. Bushey of O'Brien Hatfield, P.A.,
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.